| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Yeakel III, Earl L. | 2. Court or Organization District Court, W.D. Texas | 3. Date of Report 05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States Courthouse 200 West 8th Street Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee & Vice Chairman | Theodore Roosevelt Association |
| 2. Trustee | Austin Rotary Club Foundation |
| 3. Member | University of Texas Longhorn Foundation Advisory Council |
| 4. Member | Texas Commission on Uniform State Laws |
| 5. Member | National Conference of Commissioners on Uniform State Laws |
| 6. Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 7. President | Robert W. Calvert Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 P 12: 22 FINANCIAL DISCLOSURE OFFICE

Yeakel III_Earl_L

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | State Bar of Texas - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 23-27, 2008 | Louisville, Kentucky | Style Committee | Transportation, Meals, & Lodging |
| 2. | National Conference of Commissioners on Uniform State Laws | February 27-March 2, 2008 | Chicago, Illinois | Drafting Committee | Transportation, Meals, & Lodging |
| 3. | Austin Bar Association | April 18-19, 2008 | San Antonio, Texas | Bench/Bar Conference | Transportation, Meals, & Lodging |
| 4. | American Inn of Court CXVIII | May 10-11, 2008 | Washington, D.C. | Dinner at Supreme Court | Transportation, Meals, & Lodging |
| 5. | National Conference of Commissioners on Uniform State Laws | May 15-18, 2008 | Arlington, Virginia | Style Committee | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

| | | | | |
|---|---|---|---|---|
| 6. National Conference of Comm issioners on Uniform State Laws | September 11-14, 2008 | San Diego, California | Style Committee | Transportation, Meals, & Lodging |
| 7. National Conference of Comm issioners on Uniform State Laws | September 20, 2008 | Chicago, Illinois | Workshop | Transportation & Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prosperity Bank | Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BA Common Stock | A | Dividend | | | Sold | 03/03 | K | D | |
| 2. SCH Common Stock | A | Dividend | J | T | | | | | |
| 3. CVX Common Stock | B | Dividend | L | T | | | | | |
| 4. C Common Stock | A | Dividend | J | T | | | | | |
| 5. DELL Common Stock | | None | K | T | | | | | |
| 6. XOM Common Stock | A | Dividend | K | T | | | | | |
| 7. F Common Stock | | None | J | T | | | | | |
| 8. JPM Common Stock | A | Dividend | K | T | | | | | |
| 9. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 10. Rogers Communications, Inc. Class B Common Stock | A | Dividend | J | T | | | | | |
| 11. Royal Dutch Shell PLC Common Stock | B | Dividend | J | T | | | | | |
| 12. LUV Common Stock | A | Dividend | K | T | | | | | |
| 13. SPND.OB Common Stock | | None | J | T | | | | | |
| 14. DIS Common Stock | A | Dividend | J | T | | | | | |
| 15. Fidelity Blue Chip Growth Mutual Fund-See Note | A | Dividend | K | T | | | | | |
| 16. Fidelity China Region Mutual Fund-See Note | A | Dividend | J | T | | | | | |
| 17. Fidelity New Millennium Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Municipal Money Market Mutual Fund-See Note | A | Dividend | K | T | Buy (add'l) | 1/14 | J | | |
| 19. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 2/12 | J | | |
| 20. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 3/06 | K | | |
| 21. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 3/07 | J | | |
| 22. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 3/15 | J | | |
| 23. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 5/1 | J | | |
| 24. Fidelity Municipal Money Market Mutual Fund | | | | | Sold (part) | 5/3 | J | A | |
| 25. Fideltiy Municipal Money Market Mutual Fund | | | | | Sold (part) | 5/27 | K | A | |
| 26. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 5/28 | J | | |
| 27. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 7/12 | J | | |
| 28. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 9/1 | J | | |
| 29. Fidelity Municipal Money Market Mutual Fund | | | | | Sold (part) | 9/19 | J | A | |
| 30. Fidelity Municipal Money Market Mutual Fund | | | | | Buy (add'l) | 9/25 | J | | |
| 31. Fidelity US Gov't Reserves Mutual Fund-See Note | A | Dividend | K | T | Buy (add'l) | 2/28 | J | | |
| 32. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 5/27 | J | | |
| 33. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 5/28 | K | | |
| 34. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 7/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 9/5 | J | | |
| 36. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 10/7 | J | | |
| 37. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 10/23 | J | | |
| 38. Fidelity US Gov't Reserves Mutual Fund | | | | | Buy (add'l) | 11/13 | J | | |
| 39. Vanguard Prime Money Market Mutual Fund-See Note | A | Dividend | K | T | Sold (part) | 5/5 | J | A | |
| 40. Vanguard Prime Money Market Mutual Fund | | | | | Buy (add'l) | 10/28 | J | | |
| 41. Prosperity Bank (CD) | C | Interest | L | T | | | | | |
| 42. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 43. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 44. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 45. Wells Fargo Bank (Savings) | C | Interest | M | T | | | | | |
| 46. Calamos Growth & Income - A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 47. Capital World Growth & Income (Mutual Fund) | B | Dividend | K | T | | | | | |
| 48. IShares TR S&P Small Cap 600 Index (Mutual Fund) | A | Dividend | K | T | | | | | |
| 49. Thornberg Global Opportunites Class A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 50. Thornberg Investment Inc. Builder A (Mutual Fund) | C | Dividend | L | T | | | | | |
| 51. FPA Capital (Mutual Fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DWS Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 53. Tamarack Investment Funds Prime Money Market (Mutual Fund) | A | Dividend | K | T | | | | | |
| 54. Brownwood TX ISD GO Bond (Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 55. Fed. Treas. Ob. Inst. Fund #68 (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/31 | K | | |
| 56. Federal Home Loan Mortgage Corp. (Note) | | None | | | Redeemed | 2/22 | K | A | |
| 57. Federal Home Loan Mortgage Association (Note)-See Note | A | Interest | K | T | | | | | |
| 58. Federal Home Loan Mortgage Corp. (Note) | B | Interest | K | T | Matured (part) | 11/14 | K | A | |
| 59. Denton, Texas ISD-PSF (Tax Exempt Bond) | A | Interest | J | T | | | | | |
| 60. Introgen Theraputics Inc. | | None | J | T | Buy (add'l) | 9/19 | J | | |
| 61. Lynas Corp. Ltd. | | None | J | T | | | | | |
| 62. United States Series I Savings Bonds | | None | J | T | Buy | 4/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII; Item 15. Fidelity Blue Chip Growth Mutual Fund was listed as FBGRX Mutual Fund in previous reports.
2. Part VII, Item 16. Fidelity China Region Mutual Fund was listed as FHKCX Mutual Fund in previous reports.
3. Part VII, Items 18-30. Fidelity Municipal Money Market Mutual Fund was listed as FTEXX Mutual Fund in previous reports.
4. Part VII, Items 31-28. Fidelity US Gov't Reserves Mutual Fund was listed as FGRXX Mutual Fund in previous reports.
5. Part VII, Items 39-40. Vanguard Prime Money Market Mutual Fund was listed as VMMXX Mutual Fund in previous reports
6. Part VII, Item 57. Federal Home Loan Mortgage Association (Note) was listed in a previous report as Federal Home Loan Mortgage Corp. (Note).

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544